**Order entered February 21, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00193-CV

### IN RE AEP TEXAS, INC., Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01068**

## ORDER

Before the Court is relator's February 14, 2020 motion to abate. In the motion, the parties state that relator withdraws its emergency motion for a stay, and request that this Court abate the proceeding pending notification that the settlement process is complete.

We **GRANT** relator's motion and **ABATE** the proceeding pending settlement. Relator and real party in interest shall file either a motion to dismiss or a status report regarding settlement proceedings within **30 days** of this order.

/s/    DAVID L. BRIDGES
           PRESIDING JUSTICE